# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

**FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ JUL 24 2006 ★ BROOKLYN OFFICE**

July 14, 2006

The Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

So Ordered
s/John Gleeson
7.17.06

RECEIVED JUL 17 2006 CHAMBERS OF JUDGE GLEESON

Re: <u>United States v. Juan C. Bello, 06-CR-213</u>

Dear Judge Gleeson:

I write to memorialize my oral request made at today's court appearance for an order eliminating home confinement/electronic monitoring as a condition of Mr. Bello's bond.

Mr. Bello is charged with participating in a food stamps fraud scheme. On March 6, 2006, he was released from custody by Magistrate Judge Pohorelsky upon a bond signed by several members of Mr. Bello's family. One of the conditions of his bond was the requirement that Mr. Bello be confined to his home at all times and electronically monitored. He was permitted to leave his home only for medical visits and to see his attorney or go to court.

Today, at a status conference, I asked Your Honor to release Mr. Bello from this particular condition of his bond, based primarily on his exemplary compliance with his bond requirements since March. After conferring with Pretrial Services and obtaining their agreement, and without objection from the government, Your Honor granted the request and eliminated the home confinement/electronic monitoring condition from Mr. Bello's bond.

Thank you for your consideration.

Sincerely,

Florian Miedel
(718) 330-1208